No. 84–6538.  SIMPSON-WOOD v. NEBRASKA.  Sup. Ct. Neb. Certiorari denied.

No. 84–5642.  PRINCE v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 84–6543.  WILSON v. WILEY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–6545.  DeMARCO v. A. ILLUM HANSEN, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 84–6546.  WILLIAMS v. NIX, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 84–6547.  SAYAN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 84–6548.  CLARK v. BRUCE, SHERIFF, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–6550.  BAYLIES ET AL. v. PRINCE GEORGE'S COUNTY, MARYLAND.  Cir. Ct. Prince George's County, Md.  Certiorari denied.

No. 84–6552.  AUSTIN v. BROWN, WARDEN.  Ct. Crim. App. Okla.  Certiorari denied.

No. 84–6554.  GAMBRELL ET AL. v. MARTIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–6555.  SHABAZZ v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 84–6556.  GRAVES v. GARRAGHTY, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 84–6557.  HOWELL v. COLE, JUDGE, CIRCUIT COURT FOR CECIL COUNTY.  C. A. 4th Cir.  Certiorari denied.

No. 84–6559.  STRAHAN v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.